IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **ROPES & GRAY LLP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:16-cv-10152-FDS |
| ) | |
| **K&S CONSULTING LLC,** ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

**SAYLOR, J.:**

Defendant K&S Consulting LLC having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $2,329,997.45, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $0.00,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that plaintiff recover from defendant K&S Consulting LLC the principal amount of $2,329,997.45, with costs in the amount of $0.00 and prejudgment interest at the rate of 0.00%, in the amount of $0.00, for a total judgment of $2,329,997.45, with interest as provided by law.

DATED:  May 20, 2016                **By the Court,**

/s/ Lisa Pezzarossi

Deputy Clerk

NOTE: The post judgment interest rate effective this date is .53%.